UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUNG C. DAO, | No. 2:15-cv-1073 GEB KJN PS |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| SASHA HUNTLEY, et al, | |
| Defendants. | |

On May 21, 2015, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff Sasha Huntley was re-served on May, 28, 2015, to her correct address. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 21, 2015, are adopted in full;

2. This action is REMANDED to the Sacramento County Superior Court;

3. The Clerk of Court is directed to serve a certified copy of the order on the Clerk of the Sacramento County Superior Court, and reference the state case number (No. 15UD02762) in the

1

proof of service;

4. Defendants' motions to proceed in forma pauperis (ECF Nos. 2, 3) are denied as moot; and

5. The Clerk of Court is directed to close this case and vacate all dates.

Dated: June 19, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2